# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IFC Credit Corporation, Plaintiff<br>v.<br>Mission of Nevada, Inc. | FILED<br>MAY 9, 2008                    YM<br>08CV2713<br>JUDGE CASTILLO |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, IFC Credit Corporation

MAGISTRATE JUDGE KEYS

| NAME (Type or print) |
|---|
| Beth Anne Alcantar (balcantar@ifccredit.com) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Beth Anne Alcantar |
| FIRM |
| IFC Credit Corporation |
| STREET ADDRESS |
| 8700 Waukegan Road, Suite 100 |
| CITY/STATE/ZIP |
| Morton Grove, IL 60053 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06226582 | 847-663-6700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐