# United States District Court for the Northern District of Illinois

Case Number: 08CV2713    Assigned/Issued By: DAJ

Judge Name: CASTILLO    Designated Magistrate Judge: KEYS

## FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2766418

Date Payment Rec'd: 05/09/08    Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
    (Type of Writ)

1  Original and  0  copies on  05/09/08  as to  DEF. _____
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05