### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRIC OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IFC Credit Corporation, an Illinois corporation, | ) ) ) ) | FILED<br>MAY 9, 2008      YM<br>08CV2713<br>JUDGE CASTILLO |
| Plaintiff, | ) ) | MAGISTRATE JUDGE KEYS |
| v. | ) ) | Case No. |
| MISSION OF NEVADA, INC. | ) ) ) | |
| Defendant | ) ) ) ) ) ) | |

#### F.R.C.P.  Rule 7.1 Disclosure Statement

The undersigned, counsel of record for IFC Credit Corporation furnishes the following list in compliance with F.R.C.P. 7.1:

1.  IFC Credit Corporation does not have a parent corporation.

2.  No publicly held company owns 10 percent or more of IFC Credit Corporation's stock.

Respectfully Submitted,

IFC Credit Corporation

Dated: May 9, 2008

By: /s/ BETH ANNE ALCANTAR
One of its Attorneys

Beth Anne Alcantar, IARDC No. 06226582
Attorneys for Plaintiff,
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700

6