ClientCaseID: 801026

CaseID: 186073

Law Firm ID:   IFC


*186073A*

CaseReturnDate:   6/8/08

Affidavit of Special Process Server

---

## UNITED STATES COURT OF FEDERAL CLAIMS

Case Number   08C2713

I, Gregory Brown

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   Mission of Nevada, Inc.

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(✓) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

Date Of Service: May 22, 2008   Time of Service: 12:15 p.m.   Date Of Mailing
PERSON SERVED Julie Wallace, Legal Assistant
Age 27   Sex F   Race White   Height 5'8"   Build 125 lbs.   Hair Red/Blonde

LOCATION OF SERVICE   1 W Mayflower Ave
North Las Vegas, NV, 89030

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

AGENCY NAME:   OUTSIDE AGENCY            NAME OF SERVER: Gregory Brown   DATE:
ADDRESS: 651 Clarkway Drive, Ste. H-1
CITY: Las Vegas
ST: Nevada   ZIP 89106
PHONE: 702-631-0503