AC

O~~~~ Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2713 | **DATE** | 7/1/2008 |
| **CASE TITLE** | IFC Credit Corporation vs. Mission of Nevada, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/1/2008. The Court hereby enters a default against defendant Mission of Nevada, Inc. for failure to timely appear, answer or otherwise plead to the complaint. Enter Judgment Order. Judgment is entered in favor of Plaintiff and against defendant Mission of Nevada, Inc. in the total amount of $931,808.49 plus costs in the amount of $455.00.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
MAIL AO 450

00:05

FILED
2008 JUN 31 PM 5:02
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|