IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation<br><br>Plaintiff,<br><br>v.<br><br>MISSION OF NEVADA, INC.<br><br>Defendant. | Case No.  08 CV 2713<br><br>Judge: Castillo<br><br>Magistrate Judge: Keys |

### JUDGMENT ORDER

THIS MATTER coming before this Honorable Court, the Defendant, Mission of Nevada, Inc., having been served with summons and Complaint, and for failure to file an appearance or answer to the Complaint, due notice having been given, and counsel for Plaintiff appearing in open court on behalf of Plaintiff,

IT IS HEREBY ORDERED:

Relying on the Verified Complaint, the Court finds for Plaintiff, IFC Credit Corporation and assesses damages and enters judgment in the amount of

A.) $931,808.49 (nine hundred thirty-one thousand eight hundred eight dollars and forty-nine cents) [comprised of $907,508.95 principal; $23,719.54 interest from 5/9/08 through 7/1/08; and $580.00 attorney's fees]

PLUS

B.) costs of $455.00 (four hundred fifty-five dollars and zero cents)

in favor of Plaintiff and against Mission of Nevada, Inc. The court finds pursuant to Supreme Court Rule 304(a) that there is no just reason to delay enforcement or appeal or both of this order.

ENTER:

_____
JUDGE

Beth Anne Alcantar, Cook County Attorney No. 33780
Attorney for Plaintiff
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700



**FILED**
**JULY 1, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT