# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| IFC Credit Corporation | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2713 |
| Mission of Nevada, Inc. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, IFC Credit Corporation and against Defendant, Mission of Nevada, Inc. in the total amount of $931,808.49, plus costs of $455.00.
This cause of action is dismissed in its entirety. There being no just reason for delay, this is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 7/1/2008

*Ruth O'Shea*
Ruth O'Shea, Deputy Clerk